**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6945

DELROY JOSIAH-EL-BEY, a/k/a Delroy Josiah,

       Plaintiff - Appellant,

     v.

MELVIN DAVIS; J. BLEVINS, Major; CHADWICK DOTSON; CARL MANIS; JEFFERY ARTRIP,

       Defendants - Appellees,

   and

DELROY JOSIAH, Corporate Commercial Entity #1028534; CARL A. MANIS, Regional Director; I/O RIVERO, Investigator; JOHN DOES, Wallen Ridge Employee; JANE DOES, Wallen Ridge Employee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth K. Dillon, Chief District Judge.  (7:22-cv-00597-EKD-JCH)

Submitted:  February 27, 2025                              Decided:  March 4, 2025

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Delroy Josiah, Appellant Pro Se.

––––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delroy Josiah-El-Bey appeals the district court's order granting Defendants' motion for summary judgment in Josiah-El-Bey's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we deny Josiah-El-Bey's motion for appointment of counsel and affirm the district court's order. *Josiah-El-Bey v. Davis*, No. 7:22-cv-00597-EKD-JCH (W.D. Va. Sept. 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*